# Notice Recipients

District/Off: 0970–2     User: fagans     Date Created: 1/21/2010
Case: 2:09–ap–01729–RTBP     Form ID: pdf008     Total: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
pla     ANDREW C. BAILEY     2500 N PAGE SPRINGS RD     CORNVILLE, AZ 86325

TOTAL: 1